

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-19-00182-CV

**Crystal SMITH,**
Appellant

v.

**Joseph HICKMAN,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI19228
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

The Appellee's Second Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to September 12, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court